UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COREY TOOLE,                                    )<br>                                                         )<br>            Plaintiff,                          )<br>                                                         )<br>    v.                                           )<br>                                                         )<br>CITY OF ATLANTA,                                 )<br>DEPUTY CHIEF RODNEY BRYANT,       )<br>DEPUTY CHIEF JOSEPH SPILLANE,    )<br>OFFICER ZORN, OFFICER PARKER,    )<br>OFFICER BOSWER, OFFICER DOE,      )<br>individually,                                    )<br>                                                         )<br>            Defendant.                         )  | Case No. 1:16-cv-02909-CAP |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1(E), Anissa D. Floyd hereby files this Motion to Withdraw as Counsel for Defendants in the above-captioned action. Tamara N. Baines with the City of Atlanta Law Department will continue to serve as counsel for Defendants.

The Clerk's Office is requested to make such changes to the docket and to the electronic notification system as are necessary to reflect this withdrawal.

WHEREFORE, the undersigned counsel respectfully requests that she be permitted to withdraw as counsel for Defendants in this matter. A proposed order is attached for the Court's consideration.

                                          Respectfully submitted,

                                          By  s/ Anissa D. Floyd
                                                Tamara N. Baines
                                                Georgia Bar No. 032460
                                                Anissa D. Floyd
                                                Georgia Bar No. 141747
                                                55 Trinity Avenue, S.W.
                                                Suite 5000
                                                Atlanta, GA 30303-3520
                                                Telephone: (404) 546-4100
                                                Facsimile: (404) 546-9379

Date: November 15, 2016                             Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| COREY TOOLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF ATLANTA, | ) Case No. 1:16-cv-02909-CAP |
| DEPUTY CHIEF RODNEY BRYANT, | ) |
| DEPUTY CHIEF JOSEPH SPILLANE, | ) |
| OFFICER ZORN, OFFICER PARKER, | ) |
| OFFICER BOSWER, OFFICER DOE, | ) |
| individually, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF FONT

I hereby certify that the foregoing MOTION TO WITHDRAW AS COUNSEL was prepared in Times New Roman 14-point font in conformance with Local Rule 5.1C.

                                                        s/ Anissa D. Floyd
                                                        Anissa D. Floyd

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| COREY TOOLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF ATLANTA, | ) Case No. 1:16-cv-02909-CAP |
| DEPUTY CHIEF RODNEY BRYANT, | ) |
| DEPUTY CHIEF JOSEPH SPILLANE, | ) |
| OFFICER ZORN, OFFICER PARKER, | ) |
| OFFICER BOSWER, OFFICER DOE, | ) |
| individually, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2016, I served a true and correct copy of MOTION TO WITHDRAW AS COUNSEL with the Clerk of Court using the CM/ECF system, which will automatically send notification to all counsel of record.

(signature on the following page)

Respectfully submitted,


By  <u>s/ Anissa D. Floyd</u>
    Tamara N. Baines
    Georgia Bar No. 032460
    Anissa D. Floyd
    Georgia Bar No. 141747
    55 Trinity Avenue, S.W.
    Suite 5000
    Atlanta, GA 30303-3520
    Telephone: (404) 546-4100
    Facsimile: (404) 546-9379


    Attorneys for Defendants