# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| COREY TOOLE, )<br>)<br>    Plaintiff, )<br>)<br> v. )<br>)<br>CITY OF ATLANTA, )<br>DEPUTY CHIEF RODNEY BRYANT, )<br>DEPUTY CHIEF JOSEPH SPILLANE, )<br>OFFICER ZORN, OFFICER PARKER, )<br>OFFICER BOSWER, OFFICER DOE, )<br>individually, )<br>)<br>    Defendant. ) | Case No. 1:16-cv-02909-CAP |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This action is before the court on the Motion to Withdraw as Counsel filed by Anissa D. Floyd. Tamara N. Baines of the City of Atlanta Law Department will continue to represent Defendants in this matter. Accordingly, the Motion to Withdraw as Counsel filed by Ms. Floyd is hereby GRANTED.

IT IS SO ORDERED, this ____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE