UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COREY TOOLE, | |
|     Plaintiff, | CIVIL ACTION NO. |
| v. | 1:16-CV-02909-CAP |
| CITY OF ATLANTA, et al., | |
|     Defendants. | |

## ORDER

This matter is before the court on the defendant City of Atlanta's motion to dismiss [Doc. No. 48]. In its motion and brief in support thereof, the City of Atlanta ("the City") moves, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the plaintiff's state law claims against it. The plaintiff has responded to the City's motion, indicating that he "does not contest the City of Atlanta's claim in the motion to dismiss state claims against the city" [Doc. No. 50]. Accordingly, the City's motion to dismiss [Doc. No. 48] is **GRANTED**. The plaintiff's state law claims against the City are hereby dismissed with prejudice.

    **SO ORDERED** this  3rd  day of May, 2017.

                                                /s/CHARLES A. PANNELL, JR.
                                              CHARLES A. PANNELL, JR.
                                              United States District Judge