UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COREY TOOLE,<br><br>      Plaintiff,<br><br>v.<br><br>CITY OF ATLANTA, et al.,<br><br>      Defendants. | CIVIL ACTION NO.<br><br>1:16-CV-02909-CAP |

### O R D E R

This matter is before the court on the plaintiff's motion to dismiss Defendants Deputy Chief Rodney Bryant, Officer Bowser, and Officer Parker [Doc. No. 90]. Unsurprisingly, the defendants do not oppose the plaintiff's motion [Doc. No. 91]. The defendants do take issue, however, with the plaintiff's proposed order in which he states that each party bear their own attorney's fees and costs with respect to the claims against these individual defendants. The defendants argue that, pursuant to 42 U.S.C. § 1988, there is a possibility of recovering their attorneys' fees for any portion of the plaintiff's claim that is frivolous. The plaintiff has not filed a reply to the defendants' limited objection; it is, therefore, unopposed. LR 7.1.

Accordingly, the plaintiff's motion to dismiss [Doc. No. 90] is **GRANTED**. The plaintiff's claims against Defendants Bryant, Bowser, and Parker are hereby **DISMISSED with prejudice**. The court reserves ruling on

the issue of attorneys' fees until final resolution of this matter, provided the parties do not resolve the claims amongst themselves.

**SO ORDERED** this  25th  day of May, 2018.

                                     /s/CHARLES A. PANNELL, JR.
                                     CHARLES A. PANNELL, JR.
                                     United States District Judge